IN THE SUPREME COURT OF THE STATE OF NEVADA

DENISE NAVAL POOL,
                          Appellant,

          vs.

JOEL E. POOL,
                          Respondent.

No. 83168

**FILED**

FEB 1 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Soonhee Bailey, District Judge, Family Court Division
       Lansford W. Levitt, Settlement Judge
       The Law Offices of Patrick Driscoll, LLC
       Pecos Law Group
       Eighth District Court Clerk

22-04712